UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MOSTAFA AHMED, a/k/a MIKE FARAG,

                Plaintiff,

                                         Docket Number:
                                         05 CV 2652 (RCC)(HBP)

       - against -

                                         **NOTICE OF MOTION**

HEARTLAND BREWERY LLC,
JON BLOOSTEIN and CARL CLEMENTS,

                Defendants.
-----------------------------------------------------------------X

**SIRS**:

        **PLEASE TAKE NOTICE THAT** upon the annexed Declaration of David E. Duhan, Esq., attorney for the Plaintiff herein, sworn to on the 22nd day of January, 2007, and the papers annexed thereto, and upon all of the pleadings and proceedings heretofore had herein, the Plaintiff will move this Court at a Part thereof to be held in the courthouse located at Foley Square, New York, New York, on the 23rd day of January, 2007, at 9:30 A.M. in the forenoon of that day, or as soon thereafter as counsel can be heard, for an Order pursuant to Rule 56 granting summary judgment to Plaintiff, dismissing Defendants' affirmative defenses, granting the relief requested herein and for an Order granting such other, further and different relief as to the Court may seem just and proper.

Dated:      Kew Gardens, New York
              January 22, 2007

                                           Yours, etc.
                                           **LAW OFFICE OF DAVID E. DUHAN**

                                    By:_____s/ David E. Duhan (DD 2346)_____
                                           DAVID E. DUHAN
                                           Attorney for Plaintiff
                                           80-02 Kew Gardens Road, Suite 1010
                                           Kew Gardens, New York 11415
                                           (718) 575-5550